IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20902
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                             Plaintiff-Appellee,

versus

DANIEL GALLEGOS,

                                             Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CR-35-12
- - - - - - - - - -
October 6, 1998

Before KING, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

    IT IS ORDERED that Daniel Gallegos's <u>pro</u> <u>se</u> motion to dismiss his appeal voluntarily is GRANTED. The appeal is DISMISSED. Because counsel is excused from further responsibility in this appeal, counsel's motion to withdraw is DENIED as moot.

    APPEAL DISMISSED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.